**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00431-CR**
**No. 05-17-00432-CR**

**ALLAN MCDOWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-59851-P, F11-61628-P**

## ORDER

Before the Court is appellant's July 21, 2017 motion for copy of an exhibit in which appellant requests that the Court provide him with a copy of a letter admitted into evidence as State's Exhibit 2 during his adjudication hearing. Because the Court does not have a copy of State's Exhibit 2, the Court **DENIES** appellant's motion.

No exhibits were included in the reporter's record. Rather, the court reporter noted in the reporter's record that the exhibits were "Contained in Court's File." At the time it was admitted into evidence, State's Exhibit 2 was described as a letter filed with the trial court by the complainant at the time appellant entered his plea in cause no. 05-17-00431-CR. The prosecutor stated that the letter was already part of the trial court's file. A review of the clerk's record in

cause no. 05-17-00431-CR shows no document expressly labeled as State's Exhibit 2 and no document that would match the description of the exhibit given in the reporter's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **fourteen days** of the date of this order, a supplemental clerk's record containing State's Exhibit 2. In the event the Dallas County District Clerk does not have possession of State's Exhibit 2, the Clerk shall file a letter with the Court reporting State's Exhibit 2 is not in the Clerk's possession.

We **EXTEND** the time to file appellant's brief to **thirty days** from the date of this order.

We **DIRECT** the Clerk to send copies of this order to Dallas County District Clerk Felicia Pitre and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE